Lena Hans, defendant in error, v. John Riedlinger, plaintiff in error. Gen. No. 8,660.

Opinion filed January 16, 1933.

Charles C. LeForgee, Thomas W. Samuels and Charles Y. Miller, for plaintiff in error. McDavid, Monroe & Mann, for defendant in error.

Mr. Justice Shurtleff delivered the opinion of the court.

Security Life Insurance Company of America, appellant, v. Katie Fuchs, appellee. Gen. No. 8,670.

Opinion filed January 16, 1933.

A. L. Yantis, for appellant; Bull, Lytton & Olson, of counsel. John J. Baker, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

Petrinelle Deltuva, appellee, v. Albert Yuochunas, appellant. Gen. No. 8,681.

Opinion filed January 16, 1933.

Rearick & Meeks, for appellant. Fleming & Henderson and P. S. Duffin, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

Edward J. Cullinan, appellant, v. Richard A. Cullinan, appellee. Gen. No. 8,690.

Opinion filed January 16, 1933. Rehearing denied April 5, 1933.

William A. Potts and Robert H. Allison, for appellant. William J. Reardon and George Z. Barnes, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.